1  L. Bishop Austin, SBN 175497
   L. BISHOP AUSTIN & ASSOCIATES
2  3250 Wilshire Blvd., Ste 1500
   Los Angeles, CA 90010
3  Tel: (213)388-4939  Fax (213)388-2411
   Email: lbishopbk@yahoo.com
4  Attorney for Debtor(s)

5                    UNITED STATES BANKRUPTCY COURT

6         CENTRAL DISTRICT OF CALIFORNIA RIVERSIDE DIVISION

7
    In Re:                          **CHAPTER 7**
8                                   CASE NO. 6:10-bk-35701-EC

9                                   **NOTICE OF MOTION; MOTION TO REOPEN
                                    CHAPTER 7 PROCEEDING  "NO ASSET
10  Juan Manuel Macias              CASE" TO ALLOW THE FILING OF THE
                                    REAFFIRMATION AGREEMENT WITH
11                                  SECURED CREDITOR FORD CREDIT, AND
                                    NISSAN MOTOR ACCEPTANCE
12                                  CORPORATION;
         Debtor                     DECLARATION OF DEBTORIN SUPPORT
13                                  THEREOF; PROOF OF SERVICE**

14                                  DATE:  February 7, 2011
                                    TIME:  01:30 PM
15                                  CTRM:  225
                                           3420 Twelfth Street
16                                         Riverside, CA 92501

17      TO HONORABLE ELLEN CARROLL, UNITED STATES BANKRUPTCY JUDGE, AND

18  ALL INTERESTED PARTIES:

19      PLEASE TAKE NOTICE that at the date, time and place noted above,

20  Juan Manuel Macias, debtor in the above-referenced case, will move

21  this Court for an order to reopen the within Chapter 7 proceeding "No

    Asset Case" to allow the filing of the Reaffirmation agreement with

22  secured creditors Ford Credit and Nissan Motor Acceptance Corporation.

23      This motion is based upon de notice of motion, the motion, the

24  attached memorandum of Points and Authorities, and the attached

25  declaration of the debtor in support.

26      **This motion is being heard on regular notice pursuant to Local

27  Bankruptcy rule 9013. If you wish to oppose this motion, you must file

28  a written response with the Bankruptcy Court and serve a copy of it**

                                    1

1  upon the Movant or Movant's attorney at the address set forth above no

2  less than fourteen (14) days prior to the above hearing date. If you

3  fail to file a written response to this MOTION within such time

4  perior, the Court may treat such failure as a waiver of your right to

5  oppose the Motion and may grant the requested relief.

6

7  Dated: January 5, 2011                    Respectfully submitted,

8                                            LAW OFFICES OF L. BISHOP AUSTIN

9                               By: _____
                                            L. Bishop Austin, SBN 175497
10                                           Attorney for debtor(s)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

<u>MOTION TO REOPEN BANKRUPTCY CASE TO</u>

2

<u>ALLOW THE FILING ON THE REAFFIRMATION AGREEMENT WITH SECURED CREDITORS</u>

3

<u>FORD CREDIT AND NISSAN MOTOR ACCEPTANCE CORPORATION</u>

4

5

     Debtor, Juan Manuel Macias moves this Court for an Order
reopening the above-captioned Chapter 7 case in order to file the

6

Debtor's Reaffirmation agreement between Debtor and secured creditors

7

Ford Credit and Nissan Motor Acceptance.

8

     This motion is based on Point and Authorities and the attached

9

declaration of Debtor Jesus Juan Manuel Macias.

10

11

Dated: <u>January 5, 2011</u>                Respectfully submitted,

12

                               **LAW OFFICES OF L. BISHOP AUSTIN**

13

                    By: _____

14

                        L. Bishop Austin, SBN 175497
                        Attorney for debtor(s)

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2

I

## A BANKRUPTCY CASE MAY BE RE-OPENED BY THE COURT

3

## TO PROVIDE RELIEF FOR THE DEBTOR

4

5

Title 11 U.S.C. Section 350(b), Bankruptcy Rule 5010.

6

Also see Advisory Committee Note to Bankruptcy Rule 5010.

7

The re-opening of a case is discretionary with the Court. Is has

8 been denied in cases where the debtor waited a long time to request a

9 re-opening of the amounts involved were small.

10

See Saper v. Viviana, 226 F.2d 608; and Matter of Smith & Co., 52

11 F.2d 212.

12

In the present case, the discharge was entered on 12/07/2010

(exhibit "A"), this bankruptcy was closed on 12./14/2010 (Exhibit

13

"B").

14

The motion to reaffirm the debt with secured creditors Ford

15

Credit, and Nissan Motor Acceptance Corporation  is needed to allow

16

debtor to keep the vehicles for personal transportation to and from

17 work.

18

19 Dated: January 5, 2011                    Respectfully submitted,

20                                            LAW OFFICES OF L. BISHOP AUSTIN

21                                  By: _____
                                        L. Bishop Austin, SBN 175497
22                                      Attorney for debtor(s)

23

24

25

26

27

28

4

**DECLARATION OF DEBTOR IN SUPPORT OF MOTION**

**TO REOPEN TO ALLOW FILING DEBTOR'S REAFFIRMATION AGREEMENT WITH**

**SECURED CREDITOR FORD CREDIT**

I, Juan Manuel Macias, hereby declare:

1.    I am the debtor in the above-referenced case.

2.    The following facts are true of my own knowledge and belief and if called to testify as a witness in this matter, I could and would, testify competently in such capacity.

3.    This case was commenced on August 13, 2010 with the filing of the Chapter 7 Petition case no. 6:10-bk-35701-EC. The 341(a) Meeting of Creditors was concluded on October 21, 2010.

4.    This case was closed on December 14, 2010 with the Discharge issued on December 7, 2010.

5.    The reason I did not file the reaffirmation agreement was because when I contact the secured creditor's customer service, I was told that as long as I keep my car payments current I don't have to sign any reaffirmation agreement.

6.    Although I am current with the monthly car payments, I received a call from Ford Credit's customer service last week and I was informed that my car will be repossessed because I did not signed any reaffirmation agreement with them.

7.    I need the vehicles for me and my wife own transportation and I ask the Court to reopen my case and allow me to file the Reaffirmation agreements to keep my vehicles.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA AND THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

///

5

1    Executed this  5th  day of January 2011 at Los Angeles, California.

2

3    _____
     Juan Manuel Macias, Debtor

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE BY MAIL

I, ___MOISES LOPEZ___ declare that:

I am employed in the County of Los Angeles, California. My business address is: 3250 Wilshire Blvd., Ste 1500, Los Angeles, CA 90010.  I am over the age of eighteen years and not a party to this cause.

On ___January 5, 2011___, I served the: **NOTICE OF MOTION; MOTION TO REOPEN CHAPTER 7 PROCEEDING "NO ASSET CASE" TO ALLOW THE FILING OF THE REAFFIRMATION AGREEMENT WITH SECURED CREDITOR FORD CREDIT, AND NISSAN MOTOR ACCEPTANCE CORPORATION; DECLARATION OF DEBTORIN SUPPORT THEREOF;** in said cause by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at Los Angeles, California, addressed as follows:

**United States Trustee (RS)**
3685 Main Street, Suite 300
Riverside, CA 92501

**Chapter 7 Trustee**
**Christopher R Barclay (TR)**
PO Box 26099
Santa Ana, CA 92799

**John Patton**
535 Anton Blvd 10th Fl
Costa Mesa, CA 92626

**HSBC Bank Nevada, N.A.**
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

**Patti H Bass**
3936 E Ft Lowell Rd Ste 200
Tucson, AZ 85712

**** SEE ATTACHED ADDITIONAL SERVICE LIST ***

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on ___January 5, 2011___ at Los Angeles, California.

_____
Moises Lopez

7

JUAN MANUEL MACIAS
2564 N. GLENWOOD AVE
RIALTO, CA 92377

L. BISHOP AUSTIN
L. BISHOP AUSTIN & ASSOCIATES
3250 WILSHIRE BLVD., STE 1500
LOS ANGELES, CA 90010

JUAN MANUEL MACIAS
2564 N. GLENWOOD AVE
RIALTO, CA 92377

BAC HOME LOANS SERVICING
PO BOX 5170
SIMI VALLEY, CA 93062

BARCLAYS BANK DELAWARE
P.O. BOX 8803
WILMINGTON, DE 19899

CAPITAL ONE BANK
PO BOX 60599
CITY OF INDUSTRY, CA 91716

CHAPTER 7 TRUSTEE
CHRISTOPHER R BARCLAY
PO BOX 26099
SANTA ANA, CA 92799

CHASE
PO BOX 91014
WILMINGTON, DE 19850

DEARDENS
700 S MAIN ST
LOS ANGELES, CA 90014

EQUIFAX CREDIT INFORMATION
BANKRUPTCY NOTIFICATION
PO BOX 740241
ATLANTA, GA 30374

EXPERIAN
BANKRUPTCY NOTIFICATION
475 ANTON BLVD
COSTA MESA, CA 92626

FORD CREDIT
PO BOX 7172
PASADENA, CA 91109

GE MONEY BANK
PO BOX 960013
ORLANDO, FL 32896

HOME DEPOT CREDIT SERVICES
PO BOX 6028
THE LAKES, NV 88901

HSBC CREDIT CENTER
PO BOX 60101
CITY OF INDUSTRY, CA 91716

HSBC RETAIL SERVICES
PO BOX 60148
CITY OF INDUSTRY, CA 91716

I.C. SYSTEMS, INC
PO BOX 64378
SAINT PAUL, MN 55164

JC PENNEY
PO BOX 960090
ORLANDO, FL 32896

JUNIPER
PO BOX 13337
PHILADELPHIA, PA 19101

NISSAN MOTOR ACCEPTANCE
CORPORATION
PO BOX 78132
PHOENIX, AZ 85062

ORCHARD BANK
PO BOX 60102
CITY OF INDUSTRY, CA 91716

TRANS UNION CREDIT BUREAU
BANKRUPTCY NOTIFICATION
PO BOX 2000
CHESTER, PA 19022

B18 (Official Form 18)(12/07)

# United States Bankruptcy Court
## Central District Of California

**3420 Twelfth Street, Riverside, CA 92501-3819**

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Juan Manuel Macias

**BANKRUPTCY NO.** 6:10-bk-35701-EC

**CHAPTER** 7

Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):   xxx-xx-2467
Employer Tax-Identification (EIN) No(s).(if any):   N/A
Debtor Discharge Date: 12/7/10

**Address:**
2564 N. Glenwood Ave
Rialto, CA 92377

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT,

Dated: December 7, 2010

**Kathleen J. Campbell**
Clerk of the Court

### SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION

*\* Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social-security numbers or individual taxpayer-identification numbers.*

EXHIBIT "A"

(Form b18-DIS Rev. 03/09) VAN-30

16 - 6 / YG1